■ In the Matter of Country-Wide Insurance Company, Appellant, v Sharon Bloomfield-Palmer et al., Respondents. James M. Gates, Jr., et al., Proposed Respondents. [985 NYS2d 889]—In a proceeding pursuant to CPLR article 75, inter alia, to permanently stay arbitration of a claim for uninsured motorist benefits, the petitioner appeals from a decision of the Supreme Court, Kings County (Archer, Ct. Atty. Ref.), dated February 21, 2013, made after a framed-issue hearing.

Ordered that the appeal is dismissed, without costs or disbursements.

The paper from which the petitioner appeals is merely a decision, as the paper did not grant or deny the petition or dispose of the proceeding. No appeal lies from a decision (*see Matter of 21st Century Ins. Co. v Davis*, 114 AD3d 955, 955 [2014]; *Matter of AutoOne Ins. Co. v Fernandez*, 109 AD3d 469, 470 [2013]) and, thus, the appeal must be dismissed. Dillon, J.P., Balkin, Miller and Maltese, JJ., concur.